# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

BRANDON CHE LEE, )
                Plaintiff, )
)
-vs- ) Case No. CIV-16-0991-F
)
FEDERAL TRANSFER CENTER, et al., )
)
                Defendants. )

## ORDER

Magistrate Judge Bernard M. Jones issued a Report and Recommendation in this action brought by plaintiff Brandon Che Lee alleging violations of plaintiff's constitutional rights under Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics, 403 U.S. 388 (1971). Doc. no. 12 (the Report).

The Report concludes that plaintiff's action should be dismissed without prejudice to refiling, and that plaintiff's application for leave to proceed in forma pauperis (doc. no. 11) should either be stricken as deficient or denied as moot. The Report also recommends that the dismissal count as a strike pursuant to 28 U.S.C. §1915(g).

Plaintiff objects to the Report (doc. no. 18), arguing that he has been unduly detained under a fake judgment and commitment order.

All objected to matters have been reviewed *de novo*. The arguments raised by the plaintiff in his objection are adequately addressed in the Report. Having completed its review, the court finds that no purpose would be served by any additional analysis here.

Plaintiff's objection to the Report is **DENIED**. The Report and Recommendation of the Magistrate Judge is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. As recommended in the Report, this action is **DISMISSED** without prejudice, and plaintiff's application for leave to proceed in forma pauperis is **STRICKEN** as deficient. This dismissal counts as a strike pursuant to 28 U.S.C. §1915(g).

Dated this 16th day of November, 2016.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

16-0991p003.wpd